**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATTI M. PAGE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HSIEH, et al.,<br><br>　　　　Defendants. | 1:21-cv-00154-JLT-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. 18.)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER<br><br>(Doc. 17.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

　　　Patti M. Page ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On January 23, 2023, findings and recommendations were entered, recommending that this case be dismissed without prejudice based on Plaintiff's failure to comply with the Court's order issued on November 29, 2022.  (Doc. 18.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (*Id.*)  The fourteen-day time period has passed, and Plaintiff has not filed objections or any other response to the findings and recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this

court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations entered by the Magistrate Judge on January 23, 2023 (Doc. 18), are **ADOPTED IN FULL**.
2. This case is dismissed, without prejudice, based on Plaintiff's failure to obey the Court's order issued on November 29, 2022.
3. The Clerk of Court is directed to **CLOSE THIS CASE.**

IT IS SO ORDERED.

    Dated:   **February 23, 2023**

UNITED STATES DISTRICT JUDGE